UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

SEIZURE OF ALL MONIES HELD AT
BANCO POPULAR, INCLUDING, BUT
NOT LIMITED TO, WORLDWIDE
ACCOUNT NUMBER 004-205510.

Misc. No. 97-163 (JAF)

# O R D E R

The contents of the Informative Motion filed by Troncoso & Becker on behalf of Worldwide International Bank, Ltd., <u>Docket Document No. 27</u>, are **NOTED**. This judge has no objection that this record, along with Civil No. 99-1540 (JAF), be consolidated before Judge Pieras in Civil No. 98-2437 (JP).

This disposition takes into account the Informative Motion filed by the Government on June 1, 1999, <u>Docket Document No. 28</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge